JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NOVUS ANTI-AGING CENTER, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>SEXUAL MD SOLUTIONS, LLC,<br><br>                    Defendant. | Case No. 2:20-cv-03152-SVW-GJS<br><br>**ORDER**<br><br>[Filed Concurrently with: Joint Stipulation to Dismiss] |

## **ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Joint Stipulation for Dismissal with Prejudice of all claims asserted between Plaintiff Novus Anti-Aging Center, Inc. ("Novus") and Defendant Sexual MD Solutions, LLC ("SMDS") in this case, and the Court being of the opinion that said stipulation should be GRANTED, it is hereby,

/ / /

/ / /

/ / /

/ / /

1     ORDERED, ADJUDGED AND DECREED that all claims asserted in this
2 suit between Novus and defendant SMDS are hereby dismissed with prejudice.
3     It is further ORDERED that all attorneys' fees and costs are to be borne by
4 the party that incurred them.

6 DATED: June __10__, 2020

8 _____
9         Honorable Stephen V. Wilson